**SO ORDERED.**

**SIGNED this 11 day of July, 2017.**

_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:
RACHEL MILLS FOSTER

CHAPTER  13
CASE NO.  13-07038-8-SWH

Soc.Sec.No.: xxx-xx-8319
Mailing Address: 711 Breedlove Road
Nashville, NC 27856

**DEBTOR**

## CONSENT ORDER

**UPON THE TRUSTEE'S MOTION TO DISMISS** dated 5/8/17, and with the consent of the Trustee and the Debtor, upon due consideration of the Court,

**IT IS ORDERED** that said motion be denied.

**HOWEVER, IT IS ALSO ORDERED** that the following conditions shall apply:

The Debtor shall pay $1,980.00 by 5/31/2017 or her case shall be dismissed.

The Debtor shall resume making her **"regular"** monthly Chapter 13 plan payments ($1,980.00), starting with the payment due on 6/1/17.  In the event that the Debtor fails to make any regular payment within 30 days after the date that it is due from June 1, 2017 through November 1, 2017, this case shall be deemed immediately dismissed, upon notification by the Trustee to the Court, without the need for the Trustee to reapply to the Court.  This "drop dead" provision shall terminate in 6 months.

(Continued Page 2)

13-07038-8-SWH
Page 2

In addition to resuming regular plan payments, the Debtor shall make an **extra** payment to the Chapter 13 Trustee in the amount of $498.00 per month starting with the 6/1/17 payment, and continuing until her plan is brought current.  In the event that the Debtor fails to make any such payment within the month such payment comes due, this case shall be deemed immediately dismissed, without further hearing or order, upon notification by the Trustee to the Court.

We consent to the entry of this order.

s/ John T. Orcutt
_____

John T. Orcutt
Attorney for Debtor
N.C. State Bar No.: 10212
6616-203 Six Forks Road
Raleigh, N.C. 27615
Telephone: (919) 847-9750
Fax: (919) 847-3439


s/ John F. Logan
_____

John F. Logan
Chapter 13 Trustee
N.C. State Bar No.: 12473
Post Office Box 61039
Raleigh, N.C.  27661-1039
Telephone: (919) 876-1355

End of Document